UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brian James Stiehler
_____

_____

Write the full name of each plaintiff.

-against-

Hillary Clinton
_____
William Clinton
_____
Bill, Hillary & Chelsea Clinton Foundation
_____
SUNY Geneseo
_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____

(Include case number if one has been
assigned)

## COMPLAINT

Do you want a jury trial?
☒ Yes    ☐ No

RECEIVED
MAR 0 2 2026
U.S.D.C.
W.P.

2026 MAR -2 PM 3:42
RECEIVED SDNY DOCKET UNIT

---

### NOTICE

*The public can access electronic court files. For privacy and security reasons, papers filed*
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. *A filing may include only*: the last four digits of a *social security number; the year of*
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_See attached document_

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Brian James Stiehler_, is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Hillary & Bill Clinton_ , is a citizen of the State of
(Defendant's name)

_New York_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:
                    _Bill, Hillary & Chelsea Clinton Foundation_

The defendant, _SUNY Geneseo_ , is incorporated under the laws of

the State of _New York_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _New York_ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Brian_                    _J._        _Stiehler_

First Name          Middle Initial      Last Name

_107 Claybrook Street_

Street Address

_Monroe, Rochester_        _New York_        _14609_

County, City          State          Zip Code

_585-467-9048_        _B. D. Stiehler@gmail.com_

Telephone Number        Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Hillary — Clinton
First Name / Last Name

Wife of Chairman of the Board
Current Job Title (or other identifying information)

55 West 125th Street - 14th Floor
Current Work Address (or other address where defendant may be served)

New York, New York — New York — 10027
County, City / State / Zip Code

Defendant 2:

William — Clinton
First Name / Last Name

Chairman of the Board
Current Job Title (or other identifying information)

55 West 125th Street - 14th Floor
Current Work Address (or other address where defendant may be served)

New York, New York — New York — 10027
County, City / State / Zip Code

Defendant 3:

Bill, Hillary & Chelsea Clinton Foundation
First Name / Last Name

501(c)(3) organization  Tax ID no. 31-1580204
Current Job Title (or other identifying information)

55 West 125th Street - 14th Floor
Current Work Address (or other address where defendant may be served)

New York, New York — New York — 10027
County, City / State / Zip Code

Defendant 4: _SUNY Geneseo_

First Name                Last Name

_State University of New York_

Current Job Title (or other identifying information)

_1 College Circle_

Current Work Address (or other address where defendant may be served)

_Livingston, Geneseo   New York   14454_

County, City              State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _SUNY Geneseo, Genesco, NY 14454_

Date(s) of occurrence: _April 2006_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_See attached document_

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_See attached document_

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_See attached document_

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

02/25/2026

**Dated**

Brian                    J.              Stiehler

**First Name**          **Middle Initial**     **Last Name**

107 Claybrook Street

**Street Address**

Monroe, Rochester        New York        14609

**County, City**         **State**       **Zip Code**

585-467-9048             B.D.Stiehler@gmail.com

**Telephone Number**     **Email Address (if available)**

_Plaintiff's Signature_

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

I do NOT consent to receive documents electronically
— Brian J. Stiehler

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

I do NOT consent to electronic delivery.

I DO NOT Consent

Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number | E-mail Address |
|---|---|

02/25/2026

Date ___ Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

Brian Stiehler

107 Claybrook Street

Rochester, New York 14609

B.D.Stiehler@gmail.com

585-467-9048

**Wednesday February 25, 2026**

To: Southern District of New York, United States District Court

Re: Complaint Brian James Stiehler v. Hillary Clinton, William Clinton, Clinton Foundation, SUNY Geneseo

I, Brian James Stiehler; plaintiff in this case am writing this letter as part of my supplied complaint form for the Southern District of New York, United States District Court. This letter (document) pertains to the "see attached" writing on the complaint form, which is being used to print electronically via MS word and for length of writing purposes.

I. Basis for Jurisdiction: Federal Question

A. "Which of your federal constitution or federal statutory rights have been violated?"

My answer to this question is that several of my rights under the Ten Original Amendments: The Bill of Rights (1791) of the United States Constitution as well as amendments since The Bill of Rights were violated by each and every of the defendants listed. My *rights under the 14th amendment (1868) were violated* as the named defendants deprived me of life (attempted murder), liberty (freedom of movement, confined to a chair and raped) of course without any legal means in any jurisdiction of the State of New York or United States; of course without any due process. Regarding the incidents of attempted murder and rape by the defendants *my 5th amendment right* of the Ten Original Amendments: The Bill of Rights (1791) was violated. After the incidents that occurred in Geneseo NY, SUNY Geneseo Livingston, County; I was summoned to court in the Town of Irondequoit, Monroe County, NY. I was not allowed to have an attorney and was not provided with a public defender. I was deprived of life and liberty because Hillary Clinton herself tried to prosecute me, the victim and plaintiff after several men tried to murder me; and Bill and Hillary Clinton physically detained me and raped me on campus in Welles Hall of SUNY Geneseo in April 2006. Dozens of women mounted me as Bill Clinton tied me to a chair, massaged my back to erect my penis and Hillary told dozens of women to mount me with their exposed vaginas in order to get them pregnant. During this trial, I was not allowed to have an attorney present, and I was not allowed to request a jury trial. I was charged with felony Manslaughter although the death of the attempted murders was done in clear self-defense and I was clearly raped by Women in April 2006 on campus of SUNY Geneseo in Welles Hall. Other incidents of attempted murder and rape occurred by several men from August 2003 to May 2006 while I was an undergraduate student enrolled at SUNY Geneseo. My *6th amendment right* to a speedy and public trial were violated because I

was not allowed to have a public trial, an attorney, a public defender, I was not allowed to cross-examine witnesses (as Hillary and Bill Clinton were the witnesses, defendants themselves). I was not allowed to have any legal counsel at all; because Hillary and Bill Clinton themselves raped me and my half-brother William of Wales on Air Force 1 in 1993; where I fathered a son with Hillary through this rape. This son is now the lead musical performer Justin Bieber. I raised the specific issue that Hillary Clinton raped me as an 8 year old boy in 1993 and she simply had the judge scratch that statement. Hillary Clinton deprived me of my *6th amendment right* during this trial. My right under the *7th amendment* for a jury trial was deprived as well.

### III. Statement of Claim: Facts

The facts of this case brought by myself as the plaintiff against each and every defendant are clear cut. Hillary, then US Senator of New York State and former US President Bill Clinton; arranged me as a 21 year old young man in my junior year of undergraduate studies at SUNY Geneseo to be raped by dozens of women on campus, inside Welles Hall of the college in Geneseo, New York. It is clear that they engaged in this behavior to bring direct harm to myself and as a form of treason, as I needed to travel to Athens Greece and the Country of Montenegro to sign peace treaties to end the Balkan Wars of 1991 and World War 2. My biological father is now King Charles of England and their clear obsession with having pedophilia and deviant sex with children and minors was done as a form of treason. After my rape on Air Force 1 in 1993 where I fathered a son with Hillary; these crimes were reported and the only solution given was for myself as an 8-9 year old boy to attend counseling sessions with a grown man (Bill Clinton) who was sitting president of the United States and his wife Hillary Clinton. These sessions took place at the East Ridge Road mental health center part of Rochester General Health System. These sessions simply involved a grown man, US President Bill Clinton arguing with me, an 8 to 9 year old child about my existent. These sessions held no purpose other than for me to view Hillary pregnant walking around carrying my child. The Clintons then again molested me in Los Angeles California in 2000 in the condo of Sean Combs (P-Diddy) after my work on the major Hollywood Films Star Wars 2 and 3. Bill and Hillary then moved to my home state of New York and Hillary was elected US Senator to New York. Upon my enrollment at SUNY Geneseo from 2003-2007 I experienced several attempted murders and rapes. Men with guns and knives would kidnap me, force me into sex and try to kill me, where I defended myself each time. SUNY Geneseo did nothing to stop these events from occurring even after several men and a young women died from gun violence. I was never severely injured during these events either from the violence or rape. I contacted Hillary Clinton and other government leaders' offices for various reasons from 2004-2006 and it became clear that Hillary and Bill were still sexually obsessed with me. While I was an enrolled student at SUNY Geneseo living in a dorm (Livingston Hall) my biological son with Hillary who was at least 11 years old at the time (2006) was brought to stay with my biological mother (Rosanne Mileo Stiehler) and step-father (Alan Michael Stiehler) at their residence of 46 Heberle Road, Rochester, New York. My elder parents nor I could clearly care for this 11 year old boy who is my biological son from the child rape of myself by Hillary Clinton. I spoke with this boy's step-mother Patricia and would take him out to eat, go to Sea breeze amusement park in Rochester New York; however there was no way that I could obtain custody as I was living in a dorm room with another roommate. Hillary and Bill then invited myself, my son (who is the current lead performer Justin Bieber), his step-mother and my parents (Alan and Rosanne) for dinner at Rancho Viejo Mexican Restaurant in Geneseo New York. There the five of us (Bill, Hillary, Alan, Rosanne and myself) discussed things. We

discussed my election to president of the Beta-Beta-Beta Biology Honor Fraternity President, my up-coming study abroad experience to Athens Greece, the Birthplace of Democracy, and my letters to her office requesting lifeguards at Durand-Eastman Beach and a Frederick Douglass History Museum in Rochester New York. Hillary ignored these things, and simply demanded why Rosanne Mileo Stiehler and I were living in the United States. I kept telling Hillary that Rosanne, my mother, myself (Brian James Michael Stiehler); Rosanne's biological parents James and Filomena-Minnie Mileo were all born inside the United States; James being born in 1910, Filomena 1912; Rosanne 1945 and myself 1985. Hillary wanted to deport us to Mexico, for no apparent reason whatsoever as none of us are Mexican. My biological great-grandfather Diego Mileo was a Spaniard (Country of Spain outside Barcelona) and married my great-grandmother Fillipa (Greek for "Friend of Horses"). Diego was born in 1882 and Fillipa was born in 1891 in Sicily. So my Spanish great-grandfather married and mated with my Sicilian great-grandmother, who was a grand-daughter of Queen Victoria of England who died in 1901. I continued to tell Hillary that Diego's ancestry (the Aragonese Spanish, la corona de Aragon-Greek Spaniards) was supposedly the exact blood-line who sold via peace under the treaty of friendship the State of Florida (Floridia is a town in the island of Sicily) and the State of California to the United States in 1819 and 1822 respectively. The state of California had a varied history being re-conquered by the Mexicans, revolting to create its own republic (the Bear Republic) and then joining the United States again after the events of the Mexican-American war that ended in the 1850s. I kept telling Hillary that there is nothing that I can do about the fact that now King Charles of England raped my biological mother Rosanne Mileo Stiehler in the city of Toronto Canada in the year 1984. This rape and my subsequent birth essentially made me the biological king of England, Spain, two Sicilies, Greece, and Bavaria/Austria due to the connect of my biological mother Rosanne Mileo and biological father now King Charles (Charles Mcbride Stiehler). Her solution seemed to be insane and was (1) murder me, (2) rape me or (3) deport me to Mexico. Again, violence against a child, teen and young adult are clear crimes and it makes no logical sense to deport a now third generation born American citizen to MEXICO when his biological blood-line is not Mexican; but rather Spanish from the Catalonia region of Spain where Catalan, Aragonese and Basque would be spoken. I informed her and Bill that I would travel to the country of Greece, and study the birthplace of democracy in Athens for my undergraduate studies requirement of Western Humanities 1. Hillary and Bill then introduced me again to my son with Hillary, Justin Bieber. After dinner we all then went to the Geneseo Bowling Alley and played a match of bowling. Rosanne sat out of the game, but Justin (11 years old) and I (21 years old) played. After the game I was asked to go to Welles Hall which is the women studies department building to meet with Hillary and others. Justin Bieber and his step-mother Patricia were present; while my friends from SUNY Geneseo were outside of the building. Upon going to the room in Welles Hall Bill Clinton grabbed me, restrained me and tied me to a chair in the room. Bill Clinton blind-folded my eyes with his socks, and tied my arms and legs down to the chair. Bill Clinton then began to massage my shoulders and produce an erection for my 8 inch fully erect penis. Then Hillary Clinton commanded dozens of women in the room to mount me and get it while it's hot. These women mounted on my forcibly erected penis with the raw vaginas clearly in order to get pregnant from my semen. I obviously fought back and was able to release the arm and leg restraints. Bill Clinton took a diaper that was soiled from one of the women's babies in the room and shoved the soiled diaper in my face. After breaking free, I fought with Bill Clinton, broke a window on the second floor of Welles hall and screamed for my friends to call the police. They called the police and my parents Alan and Rosanne who drove back to SUNY Geneseo. Eventually I was able to get out of the room avoiding Bill and pulled the fire alarm. The fire alarm sounded and the building started to be

evacuated so more people saw what was going on. I told Patricia to send Justin to Hollywood, which she eventually did and he took over the role of Justin Bieber from me; as I had initially done work as a child and teen (young adult) under the stage name Hayden Christensen. I was fine with acting or modeling but did not like popular music. Patricia and Justin escaped the room and went back to Canada. The fire department came and saw what was happening and took Bill into custody as they clearly saw Bill continuing to try to restrain me. These events occurred by the machination of Bill and Hillary, Clinton, the Clinton Foundation and SUNY Geneseo. These events are serious and heinous crimes and the direct rape of myself on campus inside Welles Hall caused several children to be born from my semen as their biological father via rape. My son was exposed to witness these crimes as an 11 year old boy; and was forced into Hollywood (likely experiencing rape himself) as there was no viable option for myself, or Patricia to directly care for him. I could only imagine what Hillary Clinton herself would have done to him. I then was forced to a trial for various issues involving multiple homicides by other persons and my self-defense against these gun violence events in the Town of Irondequoit by a judge that I forget his name. Hillary prevented me from seeking any legal counsel, she did not allow my parents to be present. She did not allow for me to have an attorney or a public defender. She did not allow me to have a jury trial. She did not allow for me to have a public trial. She did not allow me to have a stay because of my already planned and paid studies to Athens Greece in the summer of 2006. She did not allow me to engage in any of my constitutional rights during this trial. She demanded that I be charged with felony manslaughter although I never fired a gun that actually killed any person. Other people died during these events from me defecting the gun being fired, they were shot and killed by other gun-men firing bullets on campus of SUNY Geneseo or died from me deflecting knives or died from suicide after being detained and placed in jail. It was clear during this trial that they were simply trying to tie my fingerprints on a gun that was given to me by the Delta Kappa fraternity during a school shooting at SUNY Geneseo. This gun was not mine, I never loaded it, could not confirm if any rounds were correctly loaded, the trigger was locked and although I pulled the trigger no bullets were discharged. I was not able to bring any witnesses and was not able to cross-examine anyone else other than Hillary Clinton, where I constantly said she raped me as a child, teenager and young adult where she asked the judge to scratch my statements from the transcript. Bill and Hillary Clinton would both be present at times and demanded that I was to be punished. I asked about an autopsy, to confirm what bullets killed which people and this evidence was not available. It made no sense, but it was clear to me that I never fired a gun that killed anyone, so I could of course never be charged with manslaughter because I never killed anyone; but rather OTHER people did. I simply defended myself during each of the attempted murders, rapes or actually shootings. I was never shot or directly stabbed although I had wounds on my arms and one man did ejaculate on my butt cheeks but never fully penetrated my anus. The judge was corrupted but it was clear that even Bill and Hillary against a 21 year old young man could not sway the judge to convict me of felony manslaughter because I did not fire any guns or kill anyone. So Bill and Hillary Clinton then asked me about how my mother Rosanne and I survived in Montenegro in 1991 and I told them what happened. This was of course another country in a war zone; so it was not relevant to anything that happened at SUNY Geneseo or anywhere in the United States. Rosanne and I were clearly the victims during the events of summer 1991 in Montenegro as well as pretty much everything that happened to us in the United States and elsewhere. Bill and Hillary Clinton demanded that I be punished, although they committed the crimes of rape and it should be obvious that they were associated with these attempted murders. Hillary Clinton also released other people including family members Eugene Lacapruccia, Carol O'Geen Mileo, Richard Mileo who sex trafficked me, kidnapped me

and held me at gun-point off campus at SUNY Geneseo. Although they were detained and sentenced they were clearly released early through some machination of then senator Hillary Clinton. Bill and Hillary Clinton would not let me leave without being punished. So they decided to act upon a note that my mother Rosanne Mileo wrote in 1965 when she traveled to Sicily, Spain and the United Kingdom-Gibraltar in July/August 1965. This note was written in cursive and says "my trip" but was mis-read to say "Gay trip". We have no idea why this should matter about anything in the world as Rosanne and myself were not born gay or were not primarily gay as a part of our lifestyle. Rosanne and I have no hatred towards gay people; although we will not tolerate rape in any form by any person regardless of their sexuality. So Bill and Hillary Clinton thought it was right to punish me by having the actor Ryan Reynolds and Robert Downy Jr. to have a gay three some. They arranged for the three of us to meet where Ryan did some satanic ritual and I had sex with then 40 year old Robert Downey Jr. This supposedly satisfied Bill and Hillary Clinton and the judge as well. Again this makes absolutely no sense that it is a requirement for me to be gay because of a note that my mother wrote in 1965 that was mis-interpreted. I did it because I did truly feel bad about the young men who lost their lives raping me, some of which were handsome and athletic; where I most likely would have even had consensual relations with them had they engaged in any normal dating or courting behavior. These men refused to engage in anything ever that would be considered normal or even illegal. They simply would enter my room, when I was sleeping with weapons and rape me. They would refuse to date, get my number, get my name; they always entered the room when I was sober and sleeping where I should be in my dorm room or with my girlfriend at the time. They even went so far as to rape my pregnant ex-girlfriend using horse semen where we had to get an abortion to save her life due to injuries that she sustained. These facts of the case clearly happened and truthfully happened. I had discussed this with various law enforcement officials since my childhood, however nothing has happed. I spoke about this with my attorneys Jon Ferris and Nelson Thomas of The Employment Attorneys and nothing has happed. I attest that the defendants Hillary and Bill Clinton, The Clinton Foundation and SUNY Geneseo have harmed me severely and committed major felonies, heinous and deviant crimes against me for no apparent reason at all other than I was born from British and Spanish Royals and was working in Hollywood as an actor and model at the time.

Injuries:

My injuries during these incidents included physical wounds to my arms and anus; transmission of female body fluids on my penis and groin where I developed herpes. Transmission of fungal infection from Bill Clinton's socks on my face requiring dermatitis treatment. My un-born child was needed to be aborted due to injuries to him and his biological mother. My biological son with Hillary from rape was forced to watch his father be raped by dozens of women, where I of course lost custody of him. My life was jeopardized several times from gun and knife violence. The female rapists scattered throughout Western New York are not informing my children of who their biological father is; and I am witnessing some of them date and have sex with their siblings, which is incest and they are having pregnancy problems of course. I of course was partially psychologically traumatized where I do not respond well to sexual harassment of any kind and also developed a sex addiction from the satanic ritual that Ryan Reynolds and Robert Downy Jr performed. I have received STD medication, dermatitis medication and some basic counseling.

Relief:

I would like the court to order $100,000 damage payment to myself from any woman who raped me in Welles Hall, SUNY Geneseo, any woman or man who raped me on or off campus at SUNY Geneseo. These are forcible rape cases, with weapons. These are not incidents of date or drug raping; in fact this actually never occurred. I would like the court to order SUNY Geneseo to pay me $100,000 in reimbursement for my rapes and attempted murders as these occurred more than once and they did not do anything to prevent future events from occurring over the course of 4 years from 2003-2007. I would like the court to order Bill and Hillary Clinton to pay $1,000,000 in damages for their child teen and young adult rape of me. I would like the court to re-open all of the homicide and rape cases that occurred against me as a legal adult above age 18, as none of those cases were handled appropriately with legal due process. These cases occurred from 2003 to 2016; up to and including my qui tam relator case against MAXIMUS Inc.; with attorneys Jon Ferris and Nelson Thomas of The Employment Attorneys (Formerly Thomas and Solomon). I would like my Qui Tam Relator case against MAXIMUS Inc., to be re-opened.


Truly Yours,

Plaintiff Brian James Stiehler

02/25/2026

Case 1:26-cv-01727-JMF    Document 1    Filed 03/02/26    Page 15 of 16

Brian Stichler
197 Claybrook Street
Rochester, New York 14609

US District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

