UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
BRIAN JAMES STIEHLER,                                                   :
                                                                        :
                                    Plaintiff,                          :
                                                                        :                    26-CV-1727 (JMF)
            -v-                                                          :
                                                                        :                        ORDER
HILLARY CLINTON et al.,                                                 :
                                                                        :
                                    Defendants.                         :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Plaintiff Brian James Stiehler, who is appearing without counsel, brings this action
alleging that Defendants violated his rights.  *See* ECF No. 1.  By Order to Show Cause dated
April 1, 2026, the Court ordered Stiehler "to show cause, no later than May 1, 2026, why the
Court should not dismiss this action as frivolous."  ECF No. 5 ("OTSC"), at 4.  The Court
warned Stiehler that, if he did not file a declaration within the time prescribed, or if he filed a
declaration that failed to demonstrate that this action is not frivolous, "the Court [would] dismiss
this action as frivolous."  *Id.*  On April 13, 2026, Stiehler filed a response.  *See* ECF No. 6.

        Having considered that response, the Court finds that it "fails to demonstrate that this
action is not frivolous."  OTSC 4.  Accordingly, and substantially for the reasons set forth in the
Court's prior Order to Show Cause, this case is hereby DISMISSED as frivolous.  This Court
certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this
Order would not be taken in good faith, and in forma pauperis status is thus denied.  *See*
*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

        The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

        SO ORDERED.

Dated:  April 20, 2026
        New York, New York                        _____
                                                  JESSE M. FURMAN
                                                  United States District Judge